# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604



### NOTICE OF RECORD RETURN

**DATE:** December 4, 2008

**TO:** Michael W. Dobbins
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

**FILED**

DEC 04 2008 PH
DEC 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**FROM:** Clerk of the Court

**RE:** 07-3913
Bartel, Marsha v. NBC Universal Inc
07 C 2925, John W. Darrah, Judge

The mandate or agency closing letter in this cause issued on 10/03/08.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | |
|---|---|
| [ ] | Volumes Administrative Record |
| [1] ✓PH | Volumes Pleadings |
| [ ] | Volumes Loose Pleadings |
| [ ] | Volumes Transcripts |
| [ ] | Volumes Exhibits |
| [ ] | Volumes Depositions |
| [ ] | In Camera material |
| [ ] | Other: _____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

--------------------------------------------------------------------

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____

(1073-042591)

Deputy Clerk, U.S. District Court
or Agency Representative